| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:23CR30003-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00321-JAD-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Massachusetts | DIVISION |
|---|---|---|
| Edward Nathan Gale<br>Disitrct of Massachusetts<br><br>✓ FILED  ___ RECEIVED<br>___ ENTERED  ___ SERVED ON<br>OCT 21 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE Mark G. Mastroianni | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/04/2025 — TO 09/03/2028 |

**OFFENSE**
Counts: 1-3: Felon in Possession of Firearm and Ammunition, in violation of 18 USC § 922(g)(1)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Gale is a permanent resident of Nevada, and has no plans to return to the District of Massachusetts.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/9/25 _____ /s/ _____
Date                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/23/2025 _____ /s/ _____
Effective Date                                           United States District Judge

1