UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00321-JAD-MDC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD NATHAN GALE, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 8, 2025 at 1:30 p.m., be vacated and continued to January 12, 2026, at the hour of 11:30 a.m.

    DATED this 5th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE